**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BOARD OF TRUSTEES OF THE** | ) | **CASE NO. 4:20-CV-2311** |
| **BRIDGE, STRUCTURAL, ORNAMENTAL, &** | ) | |
| **REINFORCING IRONWORKERS LOCAL** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| **UNION NO. 207 ANNUITY FUND, et al.** | ) | |
| | ) | **ORDER OF DEFAULT** |
| **Plaintiffs** | ) | **JUDGMENT** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **AP METAL SALES** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

This cause came before this Court on the Motion of the Plaintiffs for Judgment by default against Defendant AP Metal Sales. Defendant, having been served with a Summons and Complaint, and the Court having read the files and papers herein, hereby enters the following Order:

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that:

1.     Judgment is entered in favor of Plaintiffs and against Defendant in the amount of $9,016.53, said amount representing $6,612.89 in unpaid fringe benefit contributions for the work month of March, 2020, $694.35 in liquidated damages for late payment, and $1,709.29 in attorney fees and costs incurred through the date of this filing;

2.     Defendant is ordered to immediately pay to Plaintiffs the sum of $9,016.53.

3.      This Court shall retain jurisdiction to grant Plaintiffs an award of reasonable attorney fees and costs incurred by Plaintiffs in pursuit of this judgment; and

4.      This Court shall retain jurisdiction to award to Plaintiffs any other legal or equitable relief which the Court deems appropriate, including any interest and statutory penalties as allowed by ERISA.

IT IS SO ORDERED.


/s/ Patricia A. Gaughan                                                    1/14/21
_____          _____
JUDGE PATRICIA A. GAUGHAN                      DATE

APPROVED:

MACALA & PIATT, LLC

*s/ Timothy P. Piatt*
_____
TIMOTHY P. PIATT (0080620)
JEFFREY R. BRUNO (0096096)
601 S. Main St.
North Canton, Ohio 44720
Phone: (330) 493-1570
Fax:     (330) 493-7042
Email:  tppiatt@mgplaborlaw.com
Email:  jbruno@mgplaborlaw.com

Attorneys for Plaintiffs